

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00764-CR

Dorothy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2599
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this case is REMANDED to the trial court for a new trial.

SIGNED November 12, 2014.

_____
Luz Elena D. Chapa, Justice